**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7317

STEVEN E. TARPLEY,

Plaintiff - Appellant,

versus

ROBERT J. KUPEC, Mr.; ROBERT D. RITCHEY; MS.
PULLER; BRUCE BOZMAN; T. MILLINER, Captain; G.
BARNES; DR. REEVES; A. TULL, Lieutenant;
LIEUTENANT HOLLAND; T. J. LEWIS, Officer;
GEORGE KALOROUMAKIS; MR. NASTRI; JOHN DOE,
Hearing Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-02-3461-WMN)

Submitted: February 12, 2004      Decided:  February 20, 2004

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven E. Tarpley, Appellant Pro Se.  Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Tarpley v. Kupec</u>, No. CA-02-3461-WMN (D. Md. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>